No. 202, Misc. FIELDS *v.* MANCUSI, WARDEN. Ct. App. N. Y. Certiorari denied.

No. 216, Misc. WATSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 218, Misc. CUNNINGHAM *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 221, Misc. LUSE *v.* WARDEN, NEVADA STATE PRISON. Sup. Ct. Nev. Certiorari denied.

No. 222, Misc. FELICIANO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 223, Misc. HEILMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 224, Misc. ERHART *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 225, Misc. BANKS *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 227, Misc. FIORAVANTI *v.* YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 228, Misc. SMITH *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.